# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United States Bureau of Land Management, et al.,<br><br>　　　　　Defendants. | No. CV-23-00491-TUC-SHR<br><br>**Order Dismissing Case Per Notice of Voluntary Dismissal** |

　　　Having considered Plaintiffs' "Notice of Voluntary Dismissal" (Doc. 12) filed pursuant to Federal Rule of Civil Procedure 41(a)(1),

　　　**IT IS ORDERED** this action is **DISMISSED without prejudice** with each party to bear its own attorney's fees and costs.

　　　**IT IS FURTHER ORDERED** the parties' Joint Motion to Extend Deadline for Answer or Response to Complaint (Doc. 11) is **DENIED as moot**.

　　　**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and close this action.

　　　Dated this 26th day of February, 2024.

Honorable Scott H. Rash
United States District Judge